# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

Melissa – Garrett

                Plaintiff,

v.                                        Case No.: 1:04−cv−08309
                                          Hon. George M. Marovich

Rentgrow Inc, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 10, 2005:

      MINUTE entry before Judge George M. Marovich :Motion to dismiss [3] is granted in part and denied in part per memorandum opinion and order dated 07/01/05. Motions terminated: MOTION by Defendant Apartment Investment And Management Company to dismiss[3]. No notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.