UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
Eastern Division

Melissa − Garrett
                        Plaintiff,

v.                                               Case No.: 1:04−cv−08309
                                                             Hon. George M. Marovich

Rentgrow Inc, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 15, 2005:

      MINUTE entry before Judge Michael T. Mason : Plaintiff's counsel representing that an agreement has been reached to settle the case, status hearing set for 9/20/05 at 9:00 a.m. is stricken. Parties are advised to file the appropriate dismissal papers with the District Judge. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Judge Michael T. Mason no longer referred to the case.Judicial staff mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.